# James Kenneth BOONE
v.
## UNITED STATES of America.
### No. 7061.

United States Court of Appeals
Tenth Circuit.

Nov. 5, 1962.

Phil L. Hansen, Salt Lake City, Utah, for appellant.

William T. Thurman, U. S. Atty., and Parker M. Nielson, Asst. U. S. Atty., Salt Lake City, Utah, for appellee.

Before MURRAH, Chief Judge, and PICKETT, LEWIS, BREITENSTEIN, HILL and SETH, Circuit Judges.

PER CURIAM.

Dismissed November 5, 1962, for failure of appellant diligently to prosecute.

---

## BROOKLYN WATERFRONT TERMINAL CORP., Plaintiff-Appellee,
v.
## INTERNATIONAL TERMINAL OPERATING CO., Inc. and Fireman's Fund Insurance Company, Defendants-Appellants.

### No. 84, Docket 27564.

United States Court of Appeals
Second Circuit.

Argued Nov. 1, 1962.

Decided Nov. 19, 1962.

John L. Quinlan, of Bigham, Englar, Jones & Houston, New York City (Robert J. De Boissiere, New York City, on the brief), for defendants-appellants.

Charles W. Hagen, of Hagen, Johnson & Markey, New York City (Thomas O. Markey, of Hagen, Johnson & Markey, New York City, on the brief), for plaintiff-appellee.

Before CLARK, FRIENDLY and MARSHALL, Circuit Judges.

PER CURIAM.

Affirmed on the findings and opinion of District Judge Weinfeld. 211 F.Supp. 702.

---

## Gus F. KOEHLER, District Director of Internal Revenue,
v.
## Lester O. COFIELD.
### No. 7136.

United States Court of Appeals
Tenth Circuit.

Dec. 12, 1962.

Louis F. Oberdorfer, Asst. Atty. Gen., and Lee A. Jackson, Chief, Appellate Section, Tax Division, Dept. of Justice, Washington, D. C., and Newell A. George, U. S. Atty., and R. Stanley Ditus, Asst. U. S. Atty., Topeka, Kan., for appellant.

Herbert W. Sandell, Manhattan, Kan., and Edward L. Baker, Overland Park, Kan., for appellee.

Before MURRAH, Chief Judge, and PICKETT and BREITENSTEIN, Circuit Judges.

PER CURIAM.

Appeal dismissed December 12, 1962, on joint motion of the parties, D.C., 207 F.Supp. 73.